**Dismissed and Memorandum Opinion filed September 18, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00281-CR

**MACEDONIO PEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 69127**

## M E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of the offense of intoxication manslaughter and sentenced to six years' confinement on February 21, 2014. No timely motion for new trial was filed. Appellant's notice of appeal was not filed until April 7, 2014.

A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R.

App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).